IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII TRUCKERS-TEAMSTERS UNION PENSION TRUST , <br><br> Plaintiff, <br><br> vs. <br><br> SABINA KUPA; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE GOVERNMENTAL AGENCIES 1-10; DOE TRUSTS 1-10, <br><br> Defendants. | CV 21-00324 DKW-RT <br><br> **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION** |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on March 31, 2022 and served on all parties on April 01, 2022, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant Plaintiff's Motion for Entry of Default Judgment

Against Defendant Sabina Kupa and for Attorneys' Fees and Costs", ECF No. 16 are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: April 19, 2022 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

Hawaii Truckers-Teamsters Union Pension Trust v. Sabina Kupa, et al; Civil No. 21-00324 DKW-RT; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**